UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KAYLA SCOGGINS,

        Plaintiff,

        v.                                   Case No. 20-C-1532

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff filed a notice of settlement on November 19, 2020, notifying the Court that a settlement had been reached between Plaintiff and Experian Information Solutions, Inc., and would file a stipulation of dismissal within 45 days. Dkt. No. 15. On and after that date, Plaintiff dismissed all other Defendants. Dkt. Nos. 14, 17, 20. The Court entered an order on December 11, 2020, directing counsel to file a motion to dismiss this case or a stipulation of dismissal within forty-five days, unless counsel requested additional time in writing. Dkt. No. 19. To date, counsel has neither filed a motion for an extension of time nor filed a stipulation of dismissal with regard to Experian. Accordingly, this case is dismissed.

Dated at Green Bay, Wisconsin this 19th day of February, 2021.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge